■ In the Matter of STEVEN KRENZER et al., Respondents, v TOWN OF CALEDONIA ZONING BOARD OF APPEALS, Appellant. RICHARD PURSEL et al., Intervenors-Appellants. (Appeal No. 2.) [649 NYS2d 863] —Appeals unanimously dismissed without costs (*see*, CPLR 5701 [b] [1]). (Appeals from Order of Supreme Court, Livingston County, Fisher, J.—Dismiss Petition.) Present—Lawton, J. P., Fallon, Callahan, Balio and Davis, JJ.